

FILED

03/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0704



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 19-0704

FILED

MAR 19 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

JACOB SMITH,

      Petitioner and Appellant,

  v.

**GRANT OF EXTENSION**

STATE OF MONTANA,

      Respondent and Appellee.

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until April 20, 2020, to prepare, file, and serve the opening brief.

DATED this March 19, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    Jacob Smith, Timothy Charles Fox, Steven C. Haddon

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705